IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EL PALACIO, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:25-cv-00454-BL-JTA |
| | ) |
| WESTCHESTER SURPLUS LINES | ) |
| INSURANCE CO., et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On February 4, 2026, the Magistrate Judge recommended (*see* Doc. 39) that the court deny the Plaintiff's motion to remand (Doc. 28) and grant the motion to dismiss (Doc. 33) filed by Defendants Stephens Engineering Consultants, Inc., John Gilbert Engineering, LLC, and John Donald Gilbert, Jr., P.E.  The Magistrate Judge set the deadline for the parties to file objections to the recommendation on February 18, 2026.  (Doc. 39).  To date, the court has received no objections.

After careful review of the file and upon consideration of the recommendation of the Magistrate Judge, the court **ADOPTS** the recommendation of the Magistrate Judge and **ORDERS** as follows:

1. The Plaintiff's Motion to Remand (Doc. 28) is **DENIED**;

2. The Motion to Dismiss (Doc. 33) filed by Stephens Engineering Consultants, Inc., John Gilbert Engineering, LLC, and John Donald Gilbert, Jr., P.E. is **GRANTED**;

3. Defendants Stephens Engineering Consultants, Inc., John Gilbert Engineering, LLC, and John Donald Gilbert, Jr., P.E. are **DISMISSED** from this case; and

4. This case is **REFERRED** back to the Magistrate Judge for further proceedings.

**DONE** and **ORDERED** on this the 23rd day of February, 2026.

_____
**BILL LEWIS**
UNITED STATES DISTRICT JUDGE